# EXHIBIT 5

Ex. 5-001

August 12, 2025

Governor Tim Walz
130 State Capitol 75
Rev Dr. Martin Luther King Jr. Blvd.
St. Paul, Minnesota 55155

Dear Governor Walz,

On May 6, 2025, you were notified that the U.S. Department of Agriculture's (USDA) Food and Nutrition Service (FNS) would be collecting Supplemental Nutrition Assistance Program (SNAP) participant data from January 1, 2020, to present date and that failure to take the steps necessary to provide SNAP data to FNS may trigger noncompliance procedures codified at 7 USC 2020(g). On July 9, 2025, in a letter from Secretary Brooke Rollins, you were reminded of this collection, pursued in accordance with section 11(e)(8)(A) of the Food and Nutrition Act of 2008 (the Act), and informed that you were required to submit this data no later than the close of business July 30, 2025. Again, on July 25, 2025, in a letter from me, you were reminded of this data collection, of the July 30, 2025 deadline, and that failure to take the steps necessary to provide the relevant data to FNS may trigger noncompliance procedures codified in 7 U.S.C. 2020(g). As of the date of this letter, FNS has not received this participant data and, as a result, the State of Minnesota is out of compliance with SNAP requirements.

As provided by 7 CFR 276.4, this letter serves as an advance notice that Minnesota could be subject to suspension or disallowance of Federal funding for State SNAP administrative expenses if it does not submit to FNS the requested SNAP participant data. Section 11(e)(8)(A) of the Act requires that Minnesota permits disclosure of this data "to persons directly connected with the administration or enforcement of the provisions of [the Act], [and] regulations issued pursuant to" the Act. The July 9th letter directed that the requested data to be submitted using a system owned, administered, and secured by FNS.

In order for FNS to determine that Minnesota has made adequate progress towards meeting the data collection requirements, by August 13, 2025, FNS must receive a description of the actions Minnesota will undertake in order to ensure that it will submit the requested data to FNS **no later than close of business Friday, August 15, 2025.**

**Ex. 5-002**

CALIFORNIA_FNS_000600

If Minnesota fails to comply with the requirements outlined in this advance notification, the USDA may proceed with issuing a formal warning to pursue the suspension or disallowance of Federal funding for State SNAP Administrative expenses and may take any other available legal action.

As always, the USDA stands ready to provide technical assistance to you so that Minnesota may come into compliance with this requirement. You may request this assistance by contacting:

FNS Tech Team at SNAPdatabase@usda.gov.

Sincerely,

Patrick A. Penn
Deputy Under Secretary
Food, Nutrition, and Consumer Services

**Ex. 5-003**

CALIFORNIA_FNS_000601