# EXHIBIT 6

Ex. 6-001

August 20, 2025

Governor Tim Walz
130 State Capitol 75
Rev Dr. Martin Luther King Jr. Blvd.
St. Paul, Minnesota 55155

Dear Governor Walz,

This formal warning is sent as a follow-up to our August 12, 2025 advance notification to Minnesota's Department of Children, Youth and Families for non-compliance with the U.S. Department of Agriculture's (USDA) requirement to submit Supplemental Nutrition Assistance Program (SNAP) enrollment data by July 30, 2025.

The advance notification followed USDA's several earlier requests[1] for SNAP enrollment data and required Department of Children, Youth and Families to come into compliance with Federal requirements at 7 U.S.C. 2020(e)(8)(A) by transmitting SNAP enrollment data no later than close of business Friday, August 15, 2025. In response to State requests, on August 14, 2025, USDA extended the deadline for compliance to August 19, 2025. Although many states have fully complied with the law and submitted SNAP enrollment data to USDA, as of the date of this letter, the Food and Nutrition Service (FNS) has not received complete enrollment data from Department of Children, Youth and Families.

This letter serves as a formal warning under 7 C.F.R. § 276.4(d)(2) to Minnesota's Department of Children, Youth and Families for failure to comply with requirements for providing SNAP enrollment data. Unless Department of Children, Youth and Families can demonstrate compliance by transmitting the SNAP enrollment data for Minnesota, FNS will initiate a disallowance of Federal funding.

FNS will determine whether Department of Children, Youth and Families has demonstrated such compliance based on successful completion of either of the two actions outlined in this letter.

- Department of Children, Youth and Families must submit, within 30 days from receipt of this letter, evidence that it has complied.

- If Department of Children, Youth and Families is unable to provide such evidence of compliance, it must submit, within 30 days from receipt of this letter, a corrective action

---

[1] In letters dated May 6, 2025, July 9, 2025, and July 25, 2025, USDA informed Department of Children, Youth and Families of this data collection.

**Ex. 6-002**

CALIFORNIA_FNS_000645

proposal that FNS finds acceptable. The corrective action proposal must demonstrate how and by what date it will comply with the data sharing requirements outlined in USDA Secretary Brooke Rollins' letter to State agencies on July 9, 2025. Department of Children, Youth and Families must also submit progress reports to FNS as set forth in the approved corrective action proposal.

If Department of Children, Youth and Families fails to demonstrate compliance with the data sharing requirements to the satisfaction of FNS, FNS will disallow up to $18,019,004.82 for Department of Children, Youth, and Families' SNAP administrative expenses for each quarter in which Department of Children, Youth and Families is out of compliance with the requirements of this letter, in accordance with 7 CFR 276.4.  Because the data is needed to enhance the Government's ability to detect overpayments and fraud in SNAP, FNS has calculated this amount using Minnesota's Federal Fiscal Year (FFY) 2024 SNAP Quality Control payment error rate of 8.98%. As Department of Children, Youth and Families is aware, the SNAP Quality Control system measures how accurately State agencies determine eligibility and benefit amounts and, therefore, is the best measure available to FNS to estimate the cost of Department of Children, Youth and Families' noncompliance with USDA's data request. The amount of 18,019,004.82 represents 8.98% of Minnesota's FFY 2024 total allotments, divided by four.

The complete transmission of the required SNAP enrollment data is imperative to ensure FNS and the State agency have full insight into SNAP program integrity. In the absence of data, FNS lacks key information necessary to ensure effective stewardship of taxpayer dollars. FNS has already discovered from states that are complying with this statutory data sharing requirement that fraud or duplication in state distribution of federal funds has gone unreported and needs remediation. FNS stands ready to assist Department of Children, Youth and Families with resolving the deficiencies through continued technical assistance to ensure its data is transmitted in compliance with Federal requirements.

If Department of Children, Youth and Families wishes to discuss these matters further, please contact the FNS Tech Team at SNAPdatabase@usda.gov.

Sincerely,

Patrick A. Penn
Deputy Under Secretary
Food, Nutrition, and Consumer Services

**Ex. 6-003**

CALIFORNIA_FNS_000646