## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

_____

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**MINNESOTA DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES AND TIKKI BROWN,**

Defendants.

Case No. 26-cv-03120-MJD-DTS

_____

### ORDER OF RECUSAL AND DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF CASE

The above-captioned case has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly, **IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated May 27, 2026 the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the appropriate list of the automated assignment system.

DATED:  June 30, 2026

s/Michael J. Davis_____
MICHAEL J. DAVIS
United States District Court