**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

    Plaintiff,

v.

Minnesota Department of Children,
Youth, and Families, et al.,

    Defendants.

Case No. 26-cv-3120 (KMM/DTS)

**ORDER**

---

Defendants filed an unopposed motion, Dkt. No. 13, for an extension of time to Answer the Complaint. **IT IS HEREBY ORDERED:** Defendants shall Answer or otherwise respond to the Complaint on or before August 31, 2026.

Dated: July 15, 2026

    s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge