# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

**MINNESOTA DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES**; and **TIKKI BROWN**, in her official capacity as Commissioner of the Minnesota Department of Children, Youth, and Families,

**Defendants.**

**Case No. 26-cv-3120 KMM/DTS**

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff United States of America, through counsel, pursuant to Fed. R. Civ. P. 65(a), hereby moves the Court for a preliminary injunction against Defendants Minnesota Department of Children, Youth, and Families and its Commissioner Tikki Brown ("Defendants") to comply with a lawful demand for Supplemental Nutrition Assistance Program records made by the U.S. Department of Agriculture in its Third Records Request dated May 15, 2026.

This Motion is based on this Motion and the Memorandum of Law filed contemporaneously herewith, all files, records, and pleadings in this action, and any further evidence or argument that the Court may properly receive at or before the hearing.

1

Dated: July 17, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TYLER BECKER
Counsel to the Assistant Attorney General
Civil Division

LISA K. HSIAO
Acting Director
Civil Division, Enforcement & Affirmative Litigation Branch

*s/ Daniel J. Petrokas*
DANIEL J. PETROKAS
(NY# 5779103)
CADESBY B. COOPER (NY# 5415583)
COLIN W. TRUNDLE (MN# 0401934)
KYU YUN KIM (DC# 1618739)
Trial Attorneys
United States Department of Justice
Civil Division, Enforcement & Affirmative Litigation Branch
450 5th Street, N.W.
Washington, DC 20001
Tel: (202) 742-7090
Daniel.J.Petrokas@usdoj.gov

*Counsel for Plaintiff United States of America*