**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

**MINNESOTA DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES**; and **TIKKI BROWN**, in her official capacity as Commissioner of the Minnesota Department of Children, Youth, and Families,

**Defendants.**

**Case No. 26-cv-3120 KMM/DTS**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

This matter is before the Court on the United States' Motion for Preliminary Injunction (the "Motion") pursuant to Fed. R. Civ. P. 65(a). ECF No. 19. The Court being sufficiently advised, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Motion is **GRANTED**;
2. Defendants Minnesota Department of Children, Youth, and Families and its Commissioner Tikki Brown ("Defendants") are hereby **ENJOINED** from refusing or otherwise failing to comply with the USDA's Third Records Request dated May 15, 2026; and
3. Defendants are **ORDERED** to respond to USDA's Third Records Request within seven days.

DONE this ___ day of _______ 2026

BY THE COURT

_______________________________
Hon. Katherine M. Menendez
United States District Judge