UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Minnesota Department of Children, Youth, and Families; and Tikki Brown, in her official capacity as Commissioner of the Minnesota Department of Children, Youth, and Families,

Defendants.

Civ. No. 26-3120 (KMM/DTS)

**MOTION TO STAY PROCEEDINGS**

TO: Clerk of Court and Counsel of Record.

Defendants Minnesota Department of Children, Youth, and Families and Tikki Brown, in her official capacity as Commissioner of the Minnesota Department of Children, Youth, and Families, hereby move for an order staying proceedings in the above-captioned case.

This Motion is based upon all files, records, and proceedings herein, to include the Defendants' Memorandum in Support of Motion to Stay Proceedings.

Dated: August 6, 2026

KEITH ELLISON
Attorney General
State of Minnesota

*/s/ Brian S. Carter*
BRIAN S. CARTER (No. 0390613)
JOSEPH RICHIE (No. 0400615)
Special Counsel

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 300-0921 (Voice)
(651) 282-5832 (Fax)
Joseph.Richie@ag.state.mn.us

*Attorneys for Defendants DCYF and Tikki Brown*

|#6408184-v1